**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| WILLIAM D. PERKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>    Defendants. | Case No. 3:11-cv-00082-REP |

**ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

To the Clerk of the court and all parties of record:

**ENTRY OF APPEARANCE**

Please enter our appearance as counsel in the case for William D. Perkins. We certify that we are admitted to practice before this Court:

>Karen J Marcus (VA Bar No. 48531)
>Shiva Sharifahmadian (VA Bar No. 75411)
>Finkelstein Thompson LLP
>1050 30th St., NW
>Washington, DC 20007
>Tel: (202) 337-8000
>Fax: (202) 337-8090
>kmarcus@finkelsteinthompson.com
>ssharif@finkelsteinthompson.com

## NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

William D. Perkins hereby notices and requests that Elizabeth K. Tripodi be removed from the docket and service list and to substitute Karen J. Marcus and Shiva Sharifahmadian as counsel of record on their behalf.

| | |
|---|---|
| Dated: February 11, 2011 | By: /s Elizabeth K. Tripodi<br>Elizabeth K. Tripodi, Esq. (VA Bar #73483)<br><br>FINKELSTEIN THOMPSON, LLP<br>Karen J Marcus (VA Bar No. 48531)<br>Shiva Sharifahmadian (VA Bar No. 75411)<br>1050 30th Street NW<br>Washington, D.C. 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br>E-mail: etripodi@finkelsteinthompson.com<br>kmarcus@finkelsteinthompson.com<br>ssharif@finkelsteinthompson.com<br><br>*Counsel for Plaintiff William D. Perkins* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of February, 2011, the foregoing Notice was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

<pre>                                        /s/Elizabeth Kathleen Tripodi
                                        Elizabeth Kathleen Tripodi
                                        (VA Bar # 73483)
                                        Finkelstein Thompson LLP
                                        1050 30th Street, N.W.
                                        (Tel.) (202) 337-8000
                                        (Fax) (202) 337-8090
                                        etripodi@finkelsteinthompson.com</pre>