IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---

William D. Perkins, on behalf of himself and all others similarly situated,

        Plaintiffs,

vs.

James B. Crawford, et al.,

        Defendants.

No. 3:11-CV-082-REP

---

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, Defendant, Alpha Natural Resources, Inc., discloses the following information. Alpha Natural Resources, Inc. is a Delaware corporation and has no parent companies. No parents, subsidiaries or affiliates of Alpha Natural Resources, Inc. have issued stock or debt securities to the public. No publicly held corporation or entity owns 10% or more of Alpha Natural Resources, Inc.'s stock.

Respectfully submitted,

ALPHA NATURAL RESOURCES, INC.

By:

  /s/ Erin L. Barrett

  Robert M. Rolfe (VSB No. 15779)
  Erin L. Barrett (VSB No. 74928)
  Hunton & Williams LLP
  Riverfront Plaza, East Tower
  951 East Byrd Street
  Richmond, Virginia 23219
  804-788-8466
  rrolfe@hunton.com

  Counsel for Alpha Natural Resources, Inc.

OF COUNSEL:

Mitchell A. Lowenthal
Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
(202) 974-1500