IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILLIAM D. PERKINS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No. 3:11-CV-082-REP |

## NOTICE OF APPEARANCE

Defendants, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, Linda J. Welty, Baxter F. Phillips and Massey Energy Company, by counsel, file this Notice of Appearance notifying the Court and opposing counsel that Timothy J. St. George, Esq. of the law firm of Troutman Sanders LLP will serve as counsel in this matter.

    MASSEY ENERGY COMPANY,
    JAMES B. CRAWFORD, ROBERT H.
    FOGLESONG, RICHARD M. GABRYS,
    ROBERT B. HOLLAND, BOBBY R.
    INMAN, DAN R. MOORE, STANLEY
    SUBOLESKI, AND LINDA J. WELTY

    By: /s/ Timothy J. St. George
           Of Counsel

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Massey Energy Company,
James B. Crawford, Robert H. Foglesong, Richard
M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan
R. Moore, Stanley C. Suboleski, and Linda J. Welty*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Elizabeth K. Tripodi, Esq.
>FINKLESTEIN THOMPSON LLP
>1050 30th Street, NW
>Washington, DC 20007
>
>Hamilton Lindley, Esq.
>GOLDFARB BRANHAM LLP
>2501 N. Harwood Street
>Suite 1801
>Dallas, TX 75201
>
>*Counsel for Plaintiff*

>/s/Timothy J. St. George
>Timothy J. St. George
>Virginia State Bar No. 77349
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone No.: (804) 697-1200
>Facsimile No.: (804) 697-1339
>Email: tim.stgeorge@troutmansanders.com