IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4


FILED
APR 14 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In Case Number __3:11 cv 082__, Case Name __Perkins v. Crawford, et al.__
Party Represented by Applicant: __Alpha Natural Resources, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Mitchell Alan Lowenthal__
Bar Identification Number __1779156__ State __New York__
Firm Name __Cleary Gottlieb Steen & Hamilton LLP__
Firm Phone # __212-225-2000__ Direct Dial # __212-225-2760__ FAX # __212-225-3999__
E-Mail Address __mlowenthal@cgsh.com__
Office Mailing Address __One Liberty Plaza, New York, NY 10006__

Name(s) of federal court(s) in which I have been admitted __Please see attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   4/13/11 (Date)
ERIN L. BARRETT (Typed or Printed Name)   74928 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/ REP
(Judge's Signature) Robert E. Payne
Senior United States District Judge

April 18, 2011
(Date)