IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------------- X
William D. Perkins, on behalf of himself and all others similarly situated,
                Plaintiffs,
   vs.

James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Baxter F. Phillips, Jr., Stanley C. Suboleski, Linda J. Welty, Massey Energy Company, and Alpha Natural Resources, Inc.,
                Defendants.
---------------------------------------------------------------------- X

No. 3:11-CV-082-REP

## **NOTICE OF APPEARANCE**

Defendant Alpha Natural Resources, Inc., by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Robert M. Rolfe of the law firm of Hunton & Williams LLP will serve as counsel in this matter.

                                          **ALPHA NATURAL RESOURCES, INC.**

                                          By:   /s/ Robert M. Rolfe
                                                   Of Counsel

Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and thereby served a copy of this instrument on the following:

>Elizabeth K. Tripodi, Esq.
>Finklestein Thompson LLP
>1050 30th Street, NW
>Washington, DC 20007
>
>Hamilton Lindley, Esq.
>Goldfarb Branham LLP
>2501 N. Harwood Street
>Suite 1801
>Dallas, TX 75201

    /s/ Robert M. Rolfe_____

Robert M. Rolfe, Counsel

66879.000017 EMF_US 35223050v1