IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WILLIAM D. PERKINS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Case No. 3:11-cv-00082-REP |
| JAMES B. CRAWFORD, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Defendant Baxter F. Phillips, Jr., by counsel, files this Notice of Appearance notifying the Court and counsel of record that Stephen E. Baril of the law firm of Sands Anderson PC will serve as counsel for Defendant Baxter F. Phillips, Jr.

Date: April 20, 2011

Respectfully submitted,

**BAXTER F. PHILLIPS, JR.**

/s/ Stephen E. Baril
Stephen E. Baril, Esquire (VSB #19604)
Sands Anderson PC
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: sbaril@sandsanderson.com
*Attorney for Defendant Baxter F. Phillips, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which thereby caused the above to be served electronically on all registered users of the ECF system as follows:

        Elizabeth Kathleen Tripodi
        Finkelstein Thompson LLP
        1050 30th St NW
        Washington, DC 20007
        Email: etripodi@finkelsteinthompson.com

        Shiva Sharifahmadian
        Finkelstein Thompson LLP
        1050 30th St NW
        Washington, DC 20007
        Email: ssharif@finkelsteinthompson.com

        Karen Jennifer Marcus
        Finkelstein Thompson LLP
        1050 30th St NW
        Washington, DC 20007
        Email: kmarcus@finkelsteinthompson.com

        Timothy James St. George
        Troutman Sanders LLP
        Troutman Sanders Bldg
        1001 Haxall Point
        PO Box 1122
        Richmond, VA 23218-1122
        Email: tim.stgeorge@troutmansanders.com

        Robert Martin Rolfe
        Hunton & Williams LLP
        951 E Byrd St
        Riverfront Plaza
        Richmond, VA 23219
        Email: rrolfe@hunton.com

        Erin Laura Barrett
        Hunton & Williams LLP (Richmond)
        951 E Byrd St
        Riverfront Plaza - East Tower
        Richmond, VA 23219
        Email: ebarrett@hunton.com;

and by U.S. Mail, postage pre-paid to:

        Michael Robert Lazerwitz
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Ave NW
        Suite 9000
        Washington, DC 20006-1801

              /s/ Stephen E. Baril
        Stephen E. Baril, Esquire (VSB #19604)
        Sands Anderson PC
        1111 East Main Street (23219)
        P. O. Box 1998
        Richmond, VA 23218-1998
        Telephone:  (804) 648-1636
        Facsimile:   (804) 783-7291
        Email:  sbaril@sandsanderson.com
        *Attorney for Defendant Baxter F. Phillips, Jr.*