IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM D. PERKINS,
on behalf of himself
and all others similarly
situated,

    Plaintiff,

v.                                 Civil Action No. 3:11cv82

JAMES B. CRAWFORD,
et al.,

    Defendants.

## ORDER

It is hereby ORDERED that DEFENDANTS' MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE (Docket No. 30) is denied as moot because this action is being reassigned to the Honorable John A. Gibney, Jr.

It is so ORDERED.

                                             /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May 6, 2011