IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:11-cv-082, Case Name Perkins v. Massey Energy Company

Party Represented by Applicant: Massey Energy Company

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Stuart Gold
Bar Identification Number 1473859   State NY
Firm Name Cravath, Swaine & Moore LLP
Firm Phone # 212-474-1000   Direct Dial # 212-474-1394   FAX # 212-474-3700
E-Mail Address sgold@cravath.com
Office Mailing Address 825 Eighth Ave., New York, NY 10019-7475

Name(s) of federal court(s) in which I have been admitted SDNY, EDNY, 2d Cir., 3d Cir., 4th Cir., 7th Cir., 8th Cir., 9th Cir., 11th Cir., D.C. Cir., U.S. Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   5/9/11 (Date)
Timothy J. St. George (Typed or Printed Name)   77349 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
John A. Gibney, Jr.
United States District Judge

5/11/11 (Date)