IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD,<br>ROBERT H. FOGLESONG,<br>RICHARD M. GABRYS,<br>ROBERT B. HOLLAND,<br>BOBBY R. INMAN,<br>DAN R. MOORE,<br>BAXTER F. PHILLIPS, JR.,<br>STANLEY C. SUBOLESKI,<br>LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>　　　Defendants. | Case. No. 3:11-CV-079-REP |

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that, effective June 1, 2011, Massey Energy Company became Alpha Appalachia Holdings, Inc.

**ALPHA APPALACHIA HOLDINGS, INC.**

By: /s/ Timothy J. St. George
　　　　Of Counsel

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Alpha Appalachia Holdings, Inc., James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2011, I caused a true and correct copy of the foregoing to be filed on the Electronic Case Filing System, which will send a notice of electronic filing to:

>Shiva Sharifahmandian, Esq. (VSB No. 75441)
>FINKLESTEIN THOMPSON LLP
>1050 30th Street, NW
>Washington, DC 20007
>
>Frank J. Johnson, Esq.
>Shawn E. Fields, Esq.
>JOHNSON BOTTINI LLP
>501 West Broadway
>Suite 1720
>San Diego, CA 92101
>
>*Attorneys for Plaintiff*
>
>Robert M. Rolfe (VSB No. 15779)
>Erin L. Barrett (VSB No. 74928)
>HUNTON & WILLIAMS LLP
>Riverfront Plaza, East Tower
>951 East Byrd Street
>Richmond, Virginia 23219
>(804) 788-8466
>rrolfe@hunton.com
>
>Mitchell A. Lowenthal
>Boaz S. Morag
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>One Liberty Plaza
>New York, NY 10006
>(212) 225-2000
>
>Michael R. Lazerwitz
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>2000 Pennsylvania Avenue, NW
>Washington, DC 20006
>(202) 974-1500
>
>*Attorneys for Defendant Alpha Natural Resources, Inc.*

Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorneys for Defendant Baxter F. Phillips, Jr.*

<u>/s/ Timothy J. St. George</u>
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com